# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division

**U.S.A. vs. Gregory DeCurtis**             **Docket No. 2:13-MJ-1037-1BO**

### Petition for Action on Probation

COMES NOW Julie Wise Rosa, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Gregory DeCurtis, who, upon an earlier plea of guilty to Violation of the National Wildlife Refuse Administration Act, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on September 9, 2013, to 36 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

DeCurtis was supervised in the Western District of North Carolina throughout his probationary term, until December 2014 when he requested to return to this district and live with his mother. During the transfer process it was determined that DeCurtis tested positive for the use of marijuana on September 23, 2014, and was referred for substance abuse treatment. He was also referred for mental health treatment to address his anxiety and mood disorder. However, this court was not notified of the drug use nor was there a modification of his conditions of supervision to include substance abuse and mental health treatment. Upon meeting with the probation office in this district, the defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: February 24, 2015

Gregory DeCurtis
Docket No. 2:13-MJ-1037-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __February__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge